UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WAYNE GORDON AND TONI ROMIG, | Civil No. 11-3176 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

_____

Brendan Tupa, **UDOIBOK, TUPA & HUSSEY, PLLP**, The Grain Exchange, Suite 310M, 400 South Fourth Street, Minneapolis, MN 55415, for plaintiffs.

C Todd Koebele and Michael Carter, **MURNANE BRANDT, PA**, 30 East Seventh Street, Suite 3200, St. Paul, MN 55101, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated August 17, 2012 [Docket No. 27]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Strike [Docket No. 15] is **GRANTED.**

Dated: September 5, 2012
at Minneapolis, Minnesota

                                                    s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                           United States District Judge